**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7002**

———————————

BURN'ARD HUNTER,

                                Plaintiff - Appellant,

      versus

RONALD J. ANGELONE; PAGE TRUE, Warden; WARDEN
BRAXTON,

                                Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-01-793)

———————————

Submitted: March 20, 2003           Decided: March 25, 2003

———————————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior District Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Burn'ard Hunter, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Burn'ard Hunter appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and the district court's order and agree that Hunter's complaint fails to state a claim. Accordingly, we dismiss the appeal on the reasoning of the district court. See Hunter v. Angelone, No. CA-01-793 (W.D. Va. June 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED